*Edgar M. Leventritt* and *Henry A. Forster* for appellant.

*J. Culbert Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.

---

GEORGE H. NEIDLINGER, Respondent, *v.* WILLIAM E. D. STOKES, Appellant.

*Neidlinger* v. *Stokes*, 107 App. Div. 624, affirmed.
(Argued March 13, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action against a surety to recover for a breach of contract by his principal.

*Ernest Hall, John C. Fisher, Hiram R. Fisher* and *Albert H. Gleason* for appellant.

*Frank Harvey Field, R. Percy Chittenden* and *Walter Lester Glenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.

---

GEORGE H. NEIDLINGER, Respondent, *v.* THE ONWARD CONSTRUCTION COMPANY, Appellant.

*Neidlinger* v. *Onward Constr. Co.*, 107 App. Div. 398, affirmed.
(Argued March 13, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered